| | | |
|---|---|---|
| CAAP–11–00 00022 | Quitevis v. Quitevis | Affirmed |
| CAAP–11–00 00661 | State v. Huihui | Affirmed |
| CAAP–12–00 00147 | State v. McCarron | Reversed and Remanded |
| CAAP–12–00 01063 | State v. Stapleton | Affirmed |
| CAAP–12–00 00546 | Steger v. State | Affirmed |
| CAAP–12–00 00561 | State v. Yasay | Affirmed |

### September 30, 2013

| | | |
|---|---|---|
| 29851 | Abadilla v. Iwata | Affirmed |
| 30314 | Adams v. Hawaii Medical Service Ass'n | Affirmed, Vacated and Remanded |
| CAAP–12–00 00847 | Association of Apartment Owners of Nihilani at Princeville Resort v. Nihilani Group, LLC | Affirmed |
| CAAP–10–00 00104 | Bowen Hunsaker Hirai Consulting, Inc. v. Turk | Affirmed |
| CAAP–13–00 01152 | H Children, In re | Affirmed |
| CAAP–12–00 00211 | State v. Sanford | Affirmed |

### October 9, 2013

| | | |
|---|---|---|
| CAAP–12–00 00844 | State v. Borero | Affirmed |

### October 10, 2013

| | | |
|---|---|---|
| CAAP–12–00 00842 | State v. Kea | Affirmed |

### October 11, 2013

| | | |
|---|---|---|
| CAAP–10–00 00040 | Wintermantel-Baptista v. Hanohano | Affirmed |

### October 16, 2013

| | | |
|---|---|---|
| 30093 | State v. Miguel | Affirmed |